■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD BRYAN, Appellant. [751 NYS2d 463] —Judgment,

Supreme Court, New York County (Dorothy Cropper, J.), rendered January 4, 2001, convicting defendant, after a jury trial, of burglary in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490). There is no basis for disturbing the jury's determinations concerning credibility. Defendant's intent to commit a larceny in a doctor's office in a locked wing of a hospital was established by the evidence, including testimony that defendant had opened a cabinet drawer and removed a jewelry box. The jury properly rejected defendant's incredible explanation for his unauthorized presence. Concur—Andrias, J.P., Saxe, Sullivan, Friedman and Gonzalez, JJ.